IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.   01-CR-96-C |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| TANASIS KANCULIS, ) | |
| ) | |
| Defendant. | |

### MOTION FOR LEAVE TO DISMISS WITHOUT PREJUDICE

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, plaintiff hereby moves the Court for leave to dismiss without prejudice the Indictment against defendant **TANASIS KANCULIS**, in the above-styled cause.

WHEREFORE, premises considered, plaintiff prays that the instant motion be granted, and for all other proper relief.

Respectfully submitted,

DAVID E. O'MEILIA
United States Attorney

*/s/ Neal B. Kirkpatrick*

Neal B. Kirkpatrick
Assistant United States Attorney
Suite 3460 U.S. Courthouse
333 West Fourth
Tulsa, Oklahoma 74103
918-581-7463