IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

**FILED**
SEP 2 0 2004
Phil Lombardi, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>TANASIS KANCULIS, )<br>  )<br>Defendant. ) | Case No. 01-CR-96-C |

ORDER

NOW on this 20th day of September, 2004, this cause comes on to be heard in the matter of the plaintiff's Motion for Leave to Dismiss, without prejudice, the Indictment against defendant TANASIS KANCULIS in the above styled cause. The Court finds that said request ought to be granted and the Indictment against defendant TANASIS KANCULIS is dismissed, without prejudice.

IT IS SO ORDERED.

_____
H. DALE COOK
Senior United States District Judge